1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       CENTRAL DISTRICT OF CALIFORNIA

8

9

10

11  MARIAN L. MOORE,                    )       No. CV 08-1567-RC
                                        )
12                  Plaintiff,          )
                                        )
13  vs.                                 )       JUDGMENT
                                        )
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
                    Defendant.          )
16  _____)

17

18       IT IS ADJUDGED that Judgment shall be entered in favor of

19  defendant.

20

21  DATED:  May 13, 2009        /S/ ROSALYN M. CHAPMAN_____
                                    ROSALYN M. CHAPMAN
22                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28  R&R-MDO\08-1567.jud
    5/13/09